■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HERNANDEZ, Appellant. [958 NYS2d 601]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 4, 2004 (*People v Hernandez*, 11 AD3d 479 [2004]), affirming a judgment of the Supreme Court, Queens County, rendered March 23, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463

US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Dickerson, Chambers and Hinds-Radix, JJ., concur.